UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Rodney Allan Schliemann,** | Civil No. 06-1103 (JNE/SRN) |
| **Petitioner,** | |
| v. | **ORDER** |
| **Joan Fabian,** | |
| **Respondent.** | |

Rodney Allan Schliemann, pro se

John Kallestad, Esq., Kandiyohi County Attorney's Office, P.O. Box 1126, Willmar, Minnesota 56201, on behalf of Respondent

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**; and

2. Petitioner's Motion for Extension of Time to Answer Respondent's Memorandum (Doc. No. 18) is **DENIED AS MOOT**.

Dated: September 19, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court Judge